**Opinion issued February 27, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00137-CV

———————————

## IN RE MICHAEL WAYNE BARNES, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On February 12, 2014, the relator, Michael Wayne Barnes, filed a petition for writ of mandamus, seeking to compel the district clerk to provide relator with the clerk's record on indigence related to his appeal currently pending before this Court.[1]

---

[1] The underlying case is *Michael Wayne Barnes v. Harris County Assistant District Attorney Maritza Antu and Court Appointed Defense Counsel Mary C.A. Moore*, No. 2013-21008, in the 234th District Court of Harris County Texas, the Honorable Wesley Ward presiding. Relator's appeal pending before this Court is

The Court has jurisdiction to issue writs of mandamus against a district court judge or county court judge in our district or we may issue all writs necessary to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004). The Court does not have jurisdiction to issue a writ of mandamus against a district clerk unless it is necessary to enforce the Court's jurisdiction. *See id.*; *In re Washington*, 7 S.W.3d 181, 182 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding). We do not find that a writ of mandamus is necessary to enforce our jurisdiction in this case.[2]

Accordingly, we dismiss the petition for writ of mandamus for want of jurisdiction.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.

---

*Michael Wayne Barnes v. Harris County Assistant District Attorney Maritza Antu and Court Appointed Defense Counsel Mary C.A. Moore*, No. 01-13-00826-CV.

[2] We note that in a response to a letter filed by relator in his appeal, the Clerk of this Court sent relator a copy of the clerk's record of indigence on February 12, 2014.

2